UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:19-CV-80961-RNS

PAMELA PECK,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

_____

**STIPULATION OF WITHDRAWAL OF ARGUMENT RAISED IN DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND MOTION TO STRIKE IMMATERIAL ALLEGATIONS**

Defendant WAL-MART STORES, INC., by and through its undersigned counsel, hereby submits the following stipulation:

On August 12, 2019, Walmart filed Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Motion to Strike Immaterial Allegations, Along with Incorporated Memorandum of Law in Support Thereof (ECF 7; Motion), requesting (in part) Plaintiff's pattern-or-practice allegations be stricken. *See* § II(D)(2), Motion. On August 16, 2019, this Court entered its Order Granting the Defendant's Motion for Summary Judgment in *Forbes v. Wal-Mart Stores, Inc*., Case No. 17-81225-Civ-Scola (ECF 156; Order). In the Order, this Court commented the plaintiffs in *Forbes* may have been permitted to present evidence of pattern-or-practice discrimination. *See* Order at 15, § 3(B)(4).   In light of the *Forbes* Order, Walmart has agreed to withdraw, without prejudice, its argument in § II(D)(2) of its Motion in the instant case.

Dated:  August 23, 2019

            s/*Scott A. Forman*
            Scott A. Forman (FL Bar No. 0065950)
            Email: SForman@littler.com
            LITTLER MENDELSON, P.C.
            333 S.E. 2nd Avenue, Suite 2700
            Miami, FL 33131
            Telephone: 305.400.7511
            Facsimile: 305.603.2552

            Kimberly J. Doud (FL Bar No. 523771)
            Email: KDoud@littler.com
            Nancy A. Johnson (FL Bar No. 0597562)
            Email: NAJohnson@littler.com
            LITTLER MENDELSON, P.C.
            111 North Orange Avenue, Suite 1750
            Orlando, Florida 32801
            Telephone: (407) 393-2900
            Facsimile: (407) 393-2929

            Attorneys for Defendant Walmart Inc.

## CERTIFICATION OF SERVICE

I hereby certify that on this 23rd day of August, 2019, the foregoing was electronically filed with the Clerk of Court using CM/ECF, and the foregoing document is being served on all counsel of record identified on the attached Service List by operation of the Court's electronic filing system.

*/s/ Scott A. Forman*
Scott A. Forman

## SERVICE LIST

**Counsel for Plaintiffs**

Lindsey Wagner, Esq.
LWagner@scottwagnerlaw.com
Cathleen Scott, Esq.
CScott@scottwagnerlaw.com
SCOTT WAGNER AND ASSOCIATES, P.A.
Jupiter Gardens
250 South Central Boulevard, Suite 104
Jupiter, FL 33458

Leslie M. Kroeger, Esq.
LKroeger@cohenmilstein.com
Diana L. Martin, Esq.
DMartin@cohenmilstein.com
Theodore Leopold, Esq.
TLeopold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410

Joseph M. Sellers, Esq.
JSellers@cohenmilstein.com
Christine E. Webber, Esq.
CWebber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave NW, Suite 500 West
Washington, DC 20005

FIRMWIDE:166206205.1 080000.1361